No. 76–5954. GIBSON ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 76–5956. JOHNSON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–5961. LODER *v.* MUNICIPAL COURT FOR THE SAN DIEGO JUDICIAL DISTRICT OF SAN DIEGO COUNTY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 76–5962. SALAZAR-MEDINA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5964. MORENO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5966. VARGAS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 76–5968. MEDINA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5971. FAHRIG ET AL. *v.* LeCOMPTE. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 76–5973. GOLDSTEIN *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–5976. ROBERTSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 76–5983. FOLKS *v.* SMATHERS, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5986. DONNER *v.* BILL SEIDEL's DATSUN, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5988. BOIGNER *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.